Christopher Locke (State Bar No. 101704)
Scott M. Sellwood (State Bar No. 198645)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Anthony O. Garvin (State Bar No. 80953)
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone:  (510) 987-9800
Facsimile:  (510) 987-9757

Attorneys for Defendant
DENICE D. DENTON, CHANCELLOR,
UNIVERSITY OF CALIFORNIA, SANTA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>DENICE D. DENTON, Chancellor, University of California, Santa Cruz, in her official capacity; and DEVCON CONSTRUCTION, INC. a California corporation,<br><br>Defendants. | Case No.  C 06 2753 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT<br><br>Date:    July 28, 2006<br>Time:   8:30 a.m.<br>Ctrm:   8, 19th Floor<br>Judge:  Hon. Charles R. Breyer<br><br>[Rule 16(b), Federal Rules of Civil Procedure] |

WHEREAS, defendants Chancellor Denton of the University of California, Santa Cruz ("Chancellor Denton"), and Devcon Construction, Inc. ("Devcon"), were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference ("Case Management Order") on or about June 14, 2006; and

WHEREAS, the schedule set by the Case Management Order presents a conflict for

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
No. C 06 2753 CRB

20734\976223.1

1  Devcon's counsel, who will be out of the country from June 20 until July 6, and the date set for
2  the Initial Case Management Conference presents a schedule conflict for Chancellor Denton's
3  counsel; and
4      WHEREAS, the parties have diligently engaged in settlement discussions and an informal
5  exchange of information prior to service of the Complaint, and those settlement discussions and
   information exchanges are continuing;
6      THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
7  that there is good cause for a two week continuance of the dates specified in the Case
8  Management Order, as follows:

| | |
|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | July 21, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | August ~~4~~ 18, 2006 |
| Initial Case Management Conference | August ~~11~~ 25, 2006 8:30 a.m. |

SO STIPULATED:

DATED: June __, 2006                    FARELLA BRAUN & MARTEL LLP

                                        By:    /s/
                                            Christopher Locke

                                        Attorneys for Defendant
                                        DENICE D. DENTON, CHANCELLOR,
                                        UNIVERSITY OF CALIFORNIA,
                                        SANTA CRUZ

DATED: June __, 2006                    CREECH LIEBOW & KRAUS

                                        By:    /s/
                                            Randall Creech

                                        Attorneys for Defendant
                                        DEVCON CONSTRUCTION, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT              - 2 -                           20734\976223.1
No. C 06 2753 CRB

| | | |
|---|---|---|
| 1 | DATED: June __, 2006 | LAWYERS FOR CLEAN WATER |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Daniel Cooper |
| 5 | | Attorneys for Plaintiff COALITION TO LIMIT UNIVERSITY EXPANSION |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the dates specified in the Court's Order Setting Initial Case Management and ADR Deadlines are modified as set forth above.

DATED: June 21, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
No. C 06 2753 CRB

- 3 -

20734\976223.1