Christopher Locke (State Bar No. 101704)
Scott M. Sellwood (State Bar No. 198645)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Jeffrey A. Blair (State Bar No. 111327)
Acting General Counsel
Anthony O. Garvin (State Bar No. 80953)
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendant
DENICE D. DENTON, CHANCELLOR,
UNIVERSITY OF CALIFORNIA, SANTA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association,<br><br>    Plaintiff,<br><br>vs.<br><br>DENICE D. DENTON, Chancellor, University of California, Santa Cruz, in her official capacity; and DEVCON CONSTRUCTION, INC. a California corporation,<br><br>    Defendants. | Case No. C 06 2753 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Case Management Conference:<br><br>Date:  August 25, 2006<br>Time:  8:30 a.m.<br>Ctrm:  8, 19th Floor<br>Judge: Hon. Charles R. Breyer<br><br>[Federal Rule of Civil Procedure 6(b); Civil Local Rule 6-1(b)] |

   WHEREAS, defendants Chancellor Denton of the University of California, Santa Cruz (the "Chancellor"), and Devcon Construction, Inc. ("Devcon"), were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference ("Case Management Order") on or about June 14, 2006; and

1  WHEREAS, the parties have diligently engaged in settlement discussions and an informal exchange of information prior to service of the Complaint, and those settlement discussions and information exchanges are continuing; and

WHEREAS, the parties have previously agreed to an extension of time for the Chancellor and Devcon to respond to the Complaint, and hereby agree that a further extension of two weeks will facilitate ongoing settlement discussions;

THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for a two week extension of time, to and including August 4, 2006, for the Chancellor and Devcon to respond to the Complaint.

SO STIPULATED:

DATED: July __, 2006   FARELLA BRAUN & MARTEL LLP


By: _____/s/_____
     Christopher Locke

Attorneys for Defendant
DENICE D. DENTON, CHANCELLOR,
UNIVERSITY OF CALIFORNIA,
SANTA CRUZ

DATED: July __, 2006   CREECH LIEBOW & KRAUS


By: _____/s/_____
     Randall Creech

Attorneys for Defendant
DEVCON CONSTRUCTION, INC.

DATED: July __, 2006   LAWYERS FOR CLEAN WATER


By: _____/s/_____
     Daniel Cooper

Attorneys for Plaintiff
COALITION TO LIMIT UNIVERSITY
EXPANSION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT No. C 06 2753 CRB
- 2 -
20734\998601.1

1  Upon stipulation of the parties and good cause appearing,

2  IT IS HEREBY ORDERED that the time for defendants Chancellor Denton of the

3  University of California, Santa Cruz, and Devcon Construction, Inc., to respond to plainitff's

4  Complaint is extended by two weeks, to and including August 4, 2006.

6  DATED:   July 24, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400