1  REMY, THOMAS, MOOSE and MANLEY, LLP
   JAMES G. MOOSE, 119374
2  SABRINA V. TELLER, 215759
   Email: steller@rtmmlaw.com
3  455 Capitol Mall, Suite 210
   Sacramento, California  95814
4  Telephone: (916) 443-2745
   Facsimile: (916) 443-9017
5
   Counsel for Plaintiff in *City of Santa Cruz v.*
6  *George Blumenthal*, Case Number C-06-04676-PVT
   CITY OF SANTA CRUZ
7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10 | COALITION TO LIMIT UNIVERSITY         ) Case No. 3:06-cv-02753-CRB
   | EXPANSION, an unincorporated association, )
11 |                                        )
   |       Plaintiff,                       ) STIPULATION AND [PROPOSED]
12 |                                        ) ORDER ON CITY OF SANTA
   |       v.                               ) CRUZ'S REQUEST FOR
13 |                                        ) TELEPHONIC APPEARANCE
   | GEORGE BLUMENTHAL, Acting Chancellor,  )
14 | University of California, Santa Cruz, in his official ) [Civil L.R. 16-10(a).]
   | capacity; and DEVCON CONSTRUCTION, INC.,)
15 | a California corporation,               )
   |                                        )
16 |       Defendants.                      )
   |                                        )
17 | _____ )
   |                                        )
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

# RECITALS

WHEREAS, Plaintiff, COALITION TO LIMIT UNIVERSITY EXPANSION, filed its complaint, *Coalition to Limit University Expansion v. George Blumenthal, et al.,* Case Number 3:06-cv-02753-CRB, on April 21, 2006.

WHEREAS, Plaintiff, CITY OF SANTA CRUZ (the "City"), filed its own complaint, *City of Santa Cruz v. George Blumenthal*, Case Number C-06-04676-PVT on August 1, 2006.

WHEREAS, both actions are brought under the citizen suit enforcement provisions of the Federal Water Pollution Control Act (Clean Water Act). (33 U.S.C. § 1365.)

WHEREAS, the City filed a Motion to Consider Whether Cases Should be Related on August 15, 2006, because both actions arise from substantially the same events and conducting the cases before different judges would result in unduly burdensome duplication of labor and expense and risk conflicting results. (Civil L.R. 3-12(a)(1).)

WHEREAS, counsel for the University of California, Christopher Locke, notified counsel for the City, Sabrina V. Teller, on August 16, 2006, of the case management conference scheduled for August 25, 2006, at 8:30 a.m. in the San Francisco Division of this court and invited the City to appear, in the event that the Court has questions relating to the City's motion regarding the related cases.

WHEREAS, counsel for the City, Sabrina V. Teller, intends to appear by telephone at the case management conference.

WHEREAS, to initiate the appearance by telephone, counsel for the City, Sabrina V. Teller, may be reached at (916) 443-2745.

THEREFORE, subject to the approval of the Court, the undersigned parties, through their respective counsel, hereby agree and stipulate as follows:

1. By this stipulation, counsel for the City, Sabrina V. Teller, may appear by telephone at the case management conference noticed for August 25, 2006, at 8:30 a.m., in the San Francisco Division of this court.

2. To allow for the appearance by telephone at the case management conference on August 25, 2006, at 8:30 a.m., in the San Francisco Division of this court, counsel for the City, Sabrina V. Teller, can be reached by telephone at (916) 443-2745.

DATED:_____   FARELLA, BRAUN, & MARTEL, LLP

/s/
_____
R. Christopher Locke

Attorneys for Defendant
GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity.

DATED:_____   CREECH, LIEBOW, & KRAUS

/s/
_____
Randall C. Creech

Attorneys for Defendant
DEVCON CONSTRUCTION, INC.

DATED:_____   LAWYERS FOR CLEAN WATER, INC.

/s/
_____
Daniel G. Cooper

Attorneys for Plaintiff
COALITION TO LIMIT UNIVERSITY EXPANSION.

DATED:_____   REMY, THOMAS, MOOSE, & MANLEY, LLP

/s/
_____
Sabrina V. Teller

Attorneys for Plaintiff in *City of Santa Cruz v. George Blumenthal*, Case Number C-06-04676-PVT, CITY OF SANTA CRUZ.

1 **[PROPOSED] ORDER**

2 Upon consideration of the Administrative Motion for Telephonic Appearance, filed
3 by Plaintiff, City of Santa Cruz, in *City of Santa Cruz v. George Blumenthal*, and
4 PURSUANT TO STIPULATION, IT IS SO ORDERED that:

5 1. By this stipulation, Counsel for the City, Sabrina V. Teller, may appear by
6 telephone at the case management conference noticed for August 25, 2006, at
7 8:30 a.m., in the San Francisco Division of this court.

8 2. To allow for the appearance by telephone for the case management conference
9 on August 25, 2006, at 8:30 a.m., in the San Francisco Division of this court,
10 the Court will contact counsel for the City, Sabrina V. Teller, at (916) 443-
11 2745.

12 Dated: __August 21,____, 2006



_____
Honorable Charles R. Breyer
United States District Judge
Northern District of California

27 80635104.011.wpd