Christopher Locke (State Bar No. 101704)
Scott M. Sellwood (State Bar No. 198645)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Jeffrey A. Blair (State Bar No. 111327)
Acting General Counsel
Anthony O. Garvin (State Bar No. 80953)
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendant
GEORGE BLUMENTHAL, ACTING CHANCELLOR, UNIVERSITY OF CALIFORNIA, SANTA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association,

Plaintiff,

vs.

GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity; and DEVCON CONSTRUCTION, INC. a California corporation,

Defendants.

and Related Case.

Case No. C 06 2753 CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING ON MOTION TO DISMISS**

Date: October 16, 2006
Time: 10:00 a.m.
Ctrm: 8, 19th Floor
Judge: Hon. Charles R. Breyer

WHEREAS, a Motion to Dismiss plaintiff Coalition to Limit University Expansion's Complaint was filed by defendant Acting Chancellor George Blumenthal and noticed for hearing before this Court at 10:00 a.m. on September 15, 2006; and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS No. C 06 2753 CRB

20734\1054462.1

WHEREAS, the Court has advised counsel that September 15, 2006 is no longer available, but that October 16, 2006, is among the dates available for a hearing on the pending Motion to Dismiss;

THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree to continue the hearing on the pending Motion to Dismiss to at 10:00 a.m. on October 16, 2006.

SO STIPULATED:

DATED: September __, 2006

FARELLA BRAUN & MARTEL LLP

By: /s/
Christopher Locke

Attorneys for Defendant
GEARGE BLUMENTHAL, ACTING CHANCELLOR, UNIVERSITY OF CALIFORNIA, SANTA CRUZ

DATED: September __, 2006

SEDGWICK DETERT MORAN & ARNOLD

By: /s/
Brett H. Bailey

Attorneys for Defendant
DEVCON CONSTRUCTION, INC.

DATED: September __, 2006

LAWYERS FOR CLEAN WATER

By: /s/
Daniel Cooper

Attorneys for Plaintiff COALITION TO LIMIT UNIVERSITY EXPANSION

DATED: September __, 2006

REMY THOMAS MOOSE & MANLEY

By: /s/
Sabrina V. Teller

Attorneys for Plaintiff CITY OF SANTA CRUZ

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS No. C 06 2753 CRB

- 2 -

20734\1054462.1

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the Chancellor's pending Motion to Dismiss plaintiff Coalition to Limit University Expansion's Complaint is continued to 10:00 a.m. on October 16, 2006.

DATED: September 13, 2006

CHARLES R. BREYER
United S...

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS No. C 06 2753 CRB

- 3 -

20734\1054462.1