| | |
|---|---|
| 1 | Christopher Locke (State Bar No. 101704) |
| | Scott M. Sellwood (State Bar No. 198645) |
| 2 | FARELLA BRAUN & MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:  (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480 |
| 5 | Jeffrey A. Blair (State Bar No. 111327) |
| | Acting General Counsel |
| 6 | Anthony O. Garvin (State Bar No. 80953) |
| | OFFICE OF THE GENERAL COUNSEL |
| 7 | University of California |
| | 1111 Franklin Street, 8th Floor |
| 8 | Oakland, CA  94607 |
| | Telephone:  (510) 987-9800 |
| 9 | Facsimile:  (510) 987-9757 |
| 10 | Attorneys for Defendant |
| | GEORGE BLUMENTHAL, ACTING |
| 11 | CHANCELLOR, UNIVERSITY OF |
| | CALIFORNIA, SANTA CRUZ |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association, | Case No.  C 06 2753 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | Date:      October 27, 2006 |
| GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity; and DEVCON CONSTRUCTION, INC. a California corporation, | Time:      8:30 a.m.<br>Dept:      Courtroom 8, 19th Floor<br>Judge:     Charles R. Breyer |
| Defendants. | |
| and Related Case. | |

      WHEREAS, a Case Management Conference is currently scheduled in this matter for October 27, 2006; and

      WHEREAS, the Settlement Conference in this matter previously scheduled for October

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
No.C 06 2753 CRB

20734\1073747.1

1  16, 2006 before Magistrate Judge Chen has been continued to November 17, 2006 due to a

2  conflict in Judge Chen's schedule; and

3      WHEREAS, the parties understand from our last appearance that this Court intends for

4  the Settlement Conference with Magistrate Judge Chen to occur prior to the next Case

5  Management Conference; and

6      WHEREAS, the parties understand that December 15, 2006 is among the dates the Court

7  has available for the next Case Management Conference;

8      THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree

9  that there is good cause to continue the Case Management Conference until December 15, 2006 at

10 8:30 a.m.

11     SO STIPULATED:
   DATED: October __, 2006    FARELLA BRAUN & MARTEL LLP

12

13

14     By:   /s/
          Christopher Locke

15     Attorneys for Defendant
       DENICE D. DENTON, CHANCELLOR,
16     UNIVERSITY OF CALIFORNIA,
       SANTA CRUZ

17

18 DATED: October __, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

19

20     By:   /s/
          Brett Bailey

21

22     Attorneys for Defendant
       DEVCON CONSTRUCTION, INC.

23 DATED: October __, 2006    LAWYERS FOR CLEAN WATER

24

25     By:   /s/
          Daniel Cooper

26

27     Attorneys for Plaintiff
       COALITION TO LIMIT UNIVERSITY
       EXPANSION
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT
No. C 06 2753 CRB
- 2 -
20734\1073747.1

1  Upon stipulation of the parties and good cause appearing,

2      IT IS HEREBY ORDERED that the Case Management Conference shall be continued to

3  December 15, 2006 at 8:30 a.m.

5  DATED:   October 19, 2006

6  _____
   CHARLES R. BREYER
   United States District Judge



STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT             - 3 -                    20734\1073747.1
No.C 06 2753 CRB

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400