Daniel G. Cooper (State Bar No. 153576)
Email: cleanwater@sfo.com
Layne Friedrich (State Bar No. 195431)
Michael J. Chappell (State Bar No. 238138)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Counsel for Plaintiff
COALITION TO LIMIT
UNIVERSITY EXPANSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity; and DEVCON CONSTRUCTION, INC. a California corporation,<br><br>Defendants. | Civil Case No.: C 06-02753 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING THE HEARING DATE FOR DEFENDANT BLUMENTHAL'S MOTION TO DISMISS AND DEFENDANT DEVCON CONSTRUCTION, INC'S JOINDER TO THE MOTION TO DISMISS**<br><br>Date: October 20, 2006<br>Time: 10:00 AM<br>Courtroom: 8, 19th Floor<br>Judge: The Honorable Charles R. Breyer |

**RECITALS**

WHEREAS, Plaintiff, Coalition To Limit University Expansion ("CLUE"), filed its complaint, *Coalition to Limit University Expansion v. George Blumenthal, et al.,* Case Number 3:06-cv-02753-CRB, on April 21, 2006.

WHEREAS, Plaintiff, City Of Santa Cruz (the "City"), filed its own complaint, *City of Santa Cruz v. George Blumenthal*, Case Number C-06-04676-CRB on August 1, 2006, and the Court granted an order relating cases C-06-4676-CRB to C-06-2753-CRB on August 21, 2006.

WHEREAS, on August 4, 2006, Defendant George Blumenthal filed a Motion to Dismiss CLUE's Complaint, and Defendant Devcon Construction, Inc. ("Devcon") filed a joinder to the Motion to Dismiss.

WHEREAS, the City's Complaint has not yet been served and, therefore, no responsive pleading is before the Court as to the City's Complaint.

WHEREAS, the Motion to Dismiss CLUE's Complaint was originally scheduled to be heard on September 15, 2006.

WHEREAS, on its own motion, the Court notified the parties the hearing date was to be rescheduled, and the parties agreed to October 16, 2006.

WHEREAS, on its own motion, the Court notified the parties the hearing date was rescheduled to October 20, 2006.

WHEREAS, CLUE's attorney's have a conflict on October 20, 2006, and cannot attend the hearing. CLUE's counsel will be out of town on October 20, 2006, to attend the Environmental Law conference in Yosemite, California.

WHEREAS, counsel for CLUE contacted counsel for the City and for Defendants to determine whether a continuance until October 27, 2006 was feasible for all parties.

WHEREAS, counsel for the City and for each of the Defendants indicated that they are available on October 27, 2006.

WHEREAS, counsel for CLUE contacted the Court's calendar clerk to determine availability for an October 27, 2006 hearing and was informed that the Court could hear the Motion to Dismiss on that date.

1   WHEREAS, on August 18, 2006, the Court entered the parties' stipulation to allow counsel for the City in Related Case Number C-06-04676-CRB, Sabrina V. Teller, to appear by telephone at the Motion to Dismiss hearing.

WHEREAS, the parties once again agree to the appearance by telephone of Sabrina V. Teller, counsel for the City at the October 27, 2006 Motion to Dismiss hearing.

WHEREAS, Sabrina V. Teller may be reached at (808) 874-8432 on October 27, 2006.

THEREFORE, subject to the approval of the Court, the undersigned parties, through their respective counsel, hereby agree and stipulate as follows:

1. The hearing for Defendant George Blumenthal's Motion to Dismiss and Devcon's Joinder to the Motion to Dismiss is hereby continued from October 20, 2007, to October 27, 2007.

2. The time for the hearing will be 10 A.M. unless otherwise indicated by the Court.

3. By this stipulation, counsel for the City, Sabrina V. Teller, may appear by telephone at the October 27, 2006, Motion to Dismiss hearing.

4. To allow for the appearance by telephone at the Motion to Dismiss hearing on October 27, 2006, at 10:00 A.M., in the San Francisco Division of this Court, counsel for the City, Sabrina V. Teller, can be reached by telephone at (808) 874-8432.

DATED: October 13, 2006                 FARELLA, BRAUN, & MARTEL, LLP

/s/ R. Christopher Locke
_____
R. Christopher Locke
Attorneys for Defendant
GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity.

DATED: October 15, 2006                 CREECH, LIEBOW, & KRAUS

/s/ Randall C. Creech
_____
Randall C. Creech
Attorneys for Defendant
DEVCON CONSTRUCTION, INC.

| | | |
|---|---|---|
| 1 | DATED:  October 13, 2006 | LAWYERS FOR CLEAN WATER, INC. |
| 2 | | |
| 3 | | /s/ Daniel G. Cooper |
| 4 | | Daniel G. Cooper<br>Attorneys for Plaintiff<br>COALITION TO LIMIT UNIVERSITY EXPANSION. |
| 5 | DATED: October 13, 2006 | REMY, THOMAS, MOOSE, & MANLEY, LLP |
| 6 | | |
| 7 | | /s/ Sabrina V. Teller |
| 8 | | Sabrina V. Teller<br>Attorneys for Plaintiff in *City of Santa Cruz v. George Blumenthal,* Case Number C-06-04676-CRB, CITY OF SANTA CRUZ. |

## [PROPOSED] ORDER

Upon good cause shown and PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The hearing for Defendant George Blumenthal's Motion to Dismiss and Devcon's Joinder to the Motion to Dismiss is hereby continued from October 20, 2007, to October 27, 2007.
2. The time for the hearing will be 10 A.M. unless otherwise indicated by the Court.
3. By this stipulation, counsel for the City, Sabrina V. Teller, may appear by telephone at the October 27, 2006, Motion to Dismiss hearing.
4. To allow for the appearance by telephone at the Motion to Dismiss hearing on October 27, 2006, at 10:00 A.M., in the San Francisco Division of this Court, counsel for the City, Sabrina V. Teller, can be reached by telephone at (808) 874-8432.

Dated: __October 19, 2006__

_____
Honorable Charles R. Breyer
United States District
Northern

[IT IS SO ORDERED — Judge Charles R. Breyer signature stamp]

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ Michael J. Chappell
Michael J. Chappell
Lawyers for Clean Water, Inc.
Attorney for CLUE