**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE BLUMENTHAL, Acting Chancellor, University, Santa Cruz, in his official capacity; and DEVCON CONSTRUCTION, INC.,<br><br>    Defendants. | No. C 06-02753 CRB<br><br>**ORDER REGARDING MOTION TO DISMISS** |

    This Clean Water Act ("CWA") lawsuit challenges construction and related activities at the campus of the University of California Santa Cruz. Now pending before the Court is George Blumenthal's motion to dismiss, properly joined by Devcon Construction, Inc. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and rules as follows:

1.     Defendants' motion to dismiss for lack of jurisdiction on the ground that the complaint does not allege that defendants discharged pollution into waters with a "significant nexus" to traditionally navigable waters is GRANTED with 30 days leave to amend. See Northern California River Watch v. City of Healdsburg, 457 F.3d 1023, 1025 (9th Cir. 2006) (citing Rapanos v. United States, 126 S.Ct. 2208, 2236-52 (2006) (Kennedy, J., concurring)).

2. Defendants' motion to dismiss for lack of jurisdiction on the ground that the 60-day Notice Letter does not allege that defendants discharged pollution into waters with a "significant nexus" to traditionally navigable waters is DENIED.  See Defendants' Reply at 10 (arguing that the Notice is inadequate because it "fails to identify discharges to 'waters of the United States' consistent with the criteria established in *Rapanos*").  Defendants do not cite a single case that a requires a plaintiff to allege facts in its Notice Letter showing that a court would have jurisdiction of the plaintiff's CWA claims.

3. Defendants' motion to dismiss based on the complaint's failure to allege ongoing CWA violations is GRANTED with 30 days leave to amend as the complaint's conclusory allegations of ongoing violations are inadequate.

4. Defendant Blumenthal's unopposed motion to dismiss the Sixth, Seventh and Eighth Causes of action to the extent they allege violations at the Cogeneration Plant and the Fleet Services Facility are GRANTED without leave to amend.

**IT IS SO ORDERED.**

Dated: October 25, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE