| | |
|---|---|
| 1 | Daniel G. Cooper (State Bar No. 153576) |
| | Email: cleanwater@sfo.com |
| 2 | Layne Friedrich (State Bar No. 195431) |
| | Michael J. Chappell (State Bar No. 238138) |
| 3 | LAWYERS FOR CLEAN WATER, INC. |
| | 1004 A O'Reilly Avenue |
| 4 | San Francisco, California 94129 |
| | Telephone: (415) 440-6520 |
| 5 | Facsimile: (415) 440-4155 |
| 6 | |
| | Counsel for Plaintiff |
| 7 | COALITION TO LIMIT |
| | UNIVERSITY EXPANSION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association, <br><br>Plaintiff, <br><br>v. <br><br>GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity; and DEVCON CONSTRUCTION, INC. a California corporation, <br><br>Defendants. | Civil Case No.: C 06-02753 CRB <br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE** <br><br>Date: December 15, 2006 <br>Time: 8:30 AM <br>Courtroom: 8, 19th Floor <br>Judge: The Honorable Charles R. Breyer |

1  WHEREAS, a Case Management Conference is currently scheduled in this action for December 15, 2006;

2  WHEREAS, the Settlement Conference before Magistrate Judge Chen, previously scheduled for November 17, 2006, has been continued to December 19, 2006;

3  WHEREAS, the parties understand that Judge Breyer intends for the Settlement Conference with Magistrate Judge Chen to occur prior to the next Case Management Conference;

4  WHEREAS, the parties agree to continue the Case Management Conference to January 19, 2007.

5  THEREFORE, subject to the approval of the Court, the undersigned parties, through their respective counsel, hereby agree and stipulate to continue the Case Management Conference until January 19, 2007, at 8:30 a.m.

SO STIPULATED:

DATED:  December 4, 2006          FARELLA, BRAUN, & MARTEL, LLP

                                  /s/ R. Christopher Locke
                                  _____
                                  R. Christopher Locke
                                  Attorneys for Defendant
                                  GEORGE BLUMENTHAL, Acting Chancellor, University of California, Santa Cruz, in his official capacity.

DATED: December 4, 2006           CREECH, LIEBOW, & KRAUS

                                  /s/ Randall C. Creech
                                  _____
                                  Randall C. Creech
                                  Attorneys for Defendant
                                  DEVCON CONSTRUCTION, INC.

DATED: December 4, 2006           LAWYERS FOR CLEAN WATER, INC.

                                  /s/ Daniel G. Cooper
                                  _____
                                  Daniel G. Cooper
                                  Attorneys for Plaintiff
                                  COALITION TO LIMIT UNIVERSITY EXPANSION.

| | | |
|---|---|---|
| 1 | DATED: December 4, 2006 | REMY, THOMAS, MOOSE, & MANLEY, LLP |
| 2 | | /s/ Sabrina V. Teller |
| 3 | | _____ |
| 4 | | Sabrina V. Teller |
| | | Attorneys for Plaintiff in *City of Santa Cruz v. George Blumenthal,* Case Number C-06-04676-CRB, CITY OF SANTA CRUZ. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Michael J. Chappell

Michael J. Chappell
Lawyers for Clean Water, Inc.
Attorney for CLUE

1 **[PROPOSED] ORDER**

2    Upon good cause shown and pursuant to stipulation,

3    IT IS SO ORDERED that the Case Management Conference shall be continued to January 19,

4 2007, at 8:30 a.m.

5 Dated: December 05, 2006



7 Honorable Charles R. Breyer
8 United States District
  Northern