```
 1  Randall C. Creech  Bar No. 65542
    CREECH, LIEBOW & KRAUS
 2  333 W. San Carlos Street, 16th Floor
    San Jose, CA 95110
 3  Telephone:   (408) 993-9911
    Facsimile:   (408) 993-1335
 4
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
 5  SCOTT D. MROZ  Bar No. 111848
    BRETT H. BAILEY  Bar No. 156011
 6  One Market Plaza
    Steuart Tower, 8th Floor
 7  San Francisco, California 94105
    Telephone:   (415) 781-7900
 8  Facsimile:   (415) 781-2635
 9  Attorneys for Defendant
    DEVCON CONSTRUCTION, INC.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, an unincorporated association,<br><br>    Plaintiff,<br><br>    v.<br><br>DENICE D. DENTON, CHANCELLOR, UNIVERSITY OF CALIFORNIA, SANTA CRUZ, IN HER OFFICIAL CAPACITY; AND DEVCON CONSTRUCTION, INC., A CALIFORNIA CORPORATION,<br><br>    Defendant. | CASE NO. C 06 2753 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF FILING DEADLINE FOR DEFENDANT DEVCON CONSTRUCTION, INC.'S ANSWER** |

**TO THE HONORABLE COURT**

WHEREAS, the Plaintiff's First Amended Complaint was filed on November 24, 2006; and

WHEREAS, the parties had previously stipulated that the Answer of Defendant DEVCON CONSTRUCTION, INC., was not due until December 21, 2006; and

WHEREAS, substantial progress towards settlement was made in the mediation session with Magistrate Judge Chen, which took place on December 19, 2006; and

1    WHEREAS, another mediation session has been scheduled for January 8, 2007, at which
2  session the parties will attempt to finally resolve this matter;

3    THEREFORE, the parties stipulate that the last day for Defendant DEVCON
4  CONSTRUCTION, INC., to file its Answer to Plaintiff's First Amended Complaint is extended
5  to Wednesday, January 10, 2007, so that Defendant DEVCON CONSTRUCTION, INC., will not
6  be required to submit its Answer prior to the second mediation scheduled for January 8, 2007.

7    **IT IS SO STIPULATED.**

9  DATED: December 21, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

12               By: /s/ Brett H. Bailey
                 Brett H. Bailey
                 Attorneys for Defendant
13               DEVCON CONSTRUCTION, INC.

15  DATED: January 4, 2007           LAWYERS FOR CLEAN WATER, INC.

17               By:_____/s/_____
                 Daniel Cooper, Esq.
18               Attorneys for Plaintiff
                 COALITION AGAINST UNIVERSITY EXPANSION

21                          **ORDER**

22    Good cause having been demonstrated therefore,
23  **IT IS SO ORDERED.**

24  DATED:  January 5, 2007        _____
                                   The Honorable
25                                 UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]